United States District Court
Southern District of Texas
**ENTERED**
May 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANDREW GARZA,<br>Individually and on behalf<br>of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>F&A DRYWALL CONSTRUCTION INC. and<br>FRANCISCO LOPEZ<br><br>*Defendants.* | § § § § § § § § § § § § § | Civil Action No. 2:18-cv-00079<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b)<br><br>CLASS ACTION PURSUANT TO<br>FED. R. CIV. P. 23 |

### ORDER GRANTING AGREED MOTION FOR CONFIDENTIAL APPROVAL OF SETTLEMENT AGREEMENT

Pending before this Court is the Parties' Agreed Motion for Confidential Approval of Settlement Agreement ("Motion"). For the reasons set forth in the Motion, the Court finds that good cause exists and accordingly the Motion is GRANTED.

The Court hereby APPROVES the Parties' Confidential Settlement Agreement and dismisses the claims with prejudice.

Signed on this 10 day of May, 2019.

HON. JASON B. LIBBY
UNITED STATES MAGISTRATE JUDGE