United States District Court
Southern District of Texas
**ENTERED**
May 21, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANDREW GARZA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:18-CV-079 |
| § | |
| F&A DRYWALL CONSTRUCTION INC., § | |
| *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Magistrate Judge's Order Granting Agreed Motion for Confidential Approval of Settlement Agreement (D.E. 31), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 21st day of May, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE